IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>JOSE A. MUÑIZ-MARTINEZ<br>Defendant | CRIMINAL 12-0042CCC |

**ORDER**

Having considered the Report and Recommendation filed on February 16, 2012 (**docket entry 16**) on a Rule 11 proceeding of defendant José A. Muñiz-Martínez held before U.S. Magistrate Judge Camille L. Vélez-Rivé on February 10, 2012, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant Muñiz-Martínez is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since February 19, 2012. The **sentencing hearing is set for May 10, 2012 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on March 8, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge